# CASE ANNOUNCEMENTS

*March 24, 2011*

[Cite as *03/24/2011 Case Announcements*, 2011-Ohio-1356.]

## DISCIPLINARY CASES

**2008–0762.   Cleveland Metro. Bar Assn. v. Poole.**
It is ordered by this court, sua sponte, that Marcus Lloyd Poole, Attorney Registration No. 0040030, last known business address in Cleveland, Ohio, is found in contempt for failure to comply with this court's order of September 24, 2010, to wit: failure to file an affidavit of compliance on or before October 25, 2010.

**2009–0401.   Cleveland Metro. Bar Assn. v. Johnson.**
It is ordered by this court, sua sponte, that Rita R. Johnson, Attorney Registration No. 0065959, last known business address in Garfield Heights, Ohio, is found in contempt for failure to comply with this court's order of August 26, 2009, to wit: failure to file an affidavit of compliance on or before September 25, 2009.

**2009–1917.   Cincinnati Bar Assn. v. Newman.**
It is ordered by this court, sua sponte, that George W. Newman, Attorney Registration No. 0050769, last known business address in Cincinnati, Ohio, is found in contempt for failure to comply with this court's order of October 21, 2010, to wit: failure to file an affidavit of compliance on or before November 22, 2010.

**2010–0341.   Toledo Bar Assn. v. Ritson.**
It is ordered by this court, sua sponte, that Douglas J. Ritson, Attorney Registration No. 0060104, last known business address in Toledo, Ohio, is found in contempt for failure to comply with this court's order of September 29, 2010, to wit: failure to file an affidavit of compliance on or before October 29, 2010.

**2010–0717.   Dayton Bar Assn. v. Wilson.**
It is ordered by this court, sua sponte, that Y. Nicole Wilson, Attorney Registration No. 0075975, last known business address in Bellbrook, Ohio, is found in contempt for failure to comply with this court's order of October 14, 2010, to wit: failure to file an affidavit of compliance on or before November 15, 2010.